**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NUMBER: 26-00134 |
| KKHR CONSTRUCCIONES & ASOCIADOS INC. | |
| DEBTOR | CHAPTER 11 |

## APPLICATION FOR APPOINTMENT OF ATTORNEY FOR DEBTOR

**TO THE HONORABLE COURT**:

COMES NOW, KKHR Construcciones & Asociados, Inc. (hereinafter "KKHR Construcciones" or "Debtor") appearing as the Debtor in Possession in this case, as applicant in this matter, who applies to the Court for the approval of Bufete Emmanuelli, LLC as Debtor's attorney (the "Application") and respectfully states as follows:

1. The Debtor seeks entry of an order, authorizing the employment and retention of Bufete Emmanuelli, LLC as its attorneys, effective as of the Petition Date.
2. In selecting such counsel, Debtor has made careful and diligent inquire into the qualifications and connections of Bufete Emmanuelli, LLC and has found said law firm and its members to be duly qualified to represent Debtor in these proceedings by reason of their ability, integrity and professional experience.
3. Debtor has retained Bufete Emmanuelli, LLC, as its counsel in these proceedings subject to the approval of this Court in accordance to Rule 2014 of the Federal Rules of Bankruptcy Procedure, on the basis of a $10,000.00 retainer, against which the law firm will bill on the basis of $285.00 per hour, plus expenses, for work performed or to be performed by Rolando Emmanuelli-Jimenez, Esq., and $40.00 for paralegals, upon application(s) and that approval of the Court. These rates are considered to be reasonable and fair, in line with services comparable to those performed on behalf of

other clients. Any compensation will be processed through the pertinent application(s) to be filed with the Court.

4. Bufete Emmanuelli is a disinterested person as defined in 11 U.S.C. §101(14), since Bufete Emmanuelli and its members:

    a. Are not Debtor's creditors, equity security holders or insiders;

    b. Are not and were not, within two years before the date of the filing of the petition directors, officers or employees of the Debtor.

    c. They do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor.

6. Attorney Rolando Emmanuelli Jiménez and his firm's has no prior connection with Debtors', creditors or other party interest their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee are as follows:

7. The Bankruptcy Code, 11 U.S.C. §327(a) provides that:

> Except as otherwise provided in this section, the trustee[1], with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

This Section authorizes the debtors-in-possession, subject to the Court's approval, to employ professional persons, such as attorneys, accountants, appraisers, auctioneers, engineers and accountants, to represent or perform services for the estates. House Report Number 95-595, 95th. Congress, First Sess. (1977) 328.

8. 11 U.S.C. §328(a) provides:

> The trustee, or a committee appointed under section 1102 of this title, with the court's approval, may employ or authorize the employment of a professional

[1] To be understood as debtor-in-possession.

> person under section 327 or 1103 of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis. Notwithstanding such terms and conditions, the court may allow compensation different from the compensation provided under such terms and conditions after the conclusion on such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

9. In compliance with 11 U.S.C. §§327, 329, AND 504(b)(1) and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure, a certificate execute by Rolando Emmanuelli-Jiménez, principal of Bufete Emmanuelli, LLC, and copy of his curriculum vitae, are accompanied with this Application as Exhibits A and B.

**WHEREFORE,** it is respectfully requested that this Court enter an order allowing Bufete Emmanuelli, LLC to represent Debtor in the instant case pursuant to 11 U.S.C. §§327, 330, 1104, and 1106

I, Norhem Martínez Pérez, President of the above captioned debtors in possession, certify, under penalty of perjury, that the statements contained in this document are true and correct to the best knowledge, information and believe.

In Ponce, Puerto Rico, this 21 day of January, 2026.

_______________________
Norhem Martínez Pérez

**NOTICE**

**TO PARTIES IN INTEREST:**

**14 DAYS NOTICE**: Within fourteen days (14) after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for

the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing to the Office of the United States Trustee, and all CM/ECF participants.

San Juan, Puerto Rico, this 21 day of January, 2026

*s/ Rolando Emmanuelli Jiménez*
Rolando Emmanuelli Jiménez esq.
USDC: 214105
rolando@emmanuelli.law

BUFETE
Emmanuelli
L.L.C.

P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 787-841-1435
notificaciones@bufete-emmanuelli.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>KKHR CONSTRUCCIONES & ASOCIADOS INC.<br><br>DEBTOR | CASE NUMBER: 26-00134<br><br><br>CHAPTER 11 |

**CERTIFICATE OF PROPOSED ATTORNEY FOR DEBTORS**

I, Rolando Emmanuelli-Jiménez, do hereby certify under penalty of perjury that to the best of my knowledge, information and belief the following is true and correct:

1. I am attorney and counselor-at-law, and the principal of BUFETE EMMANUELLI, LLC, fully admitted to practice in the Commonwealth of Puerto Rico and in this Court.
2. Said law firm maintains an office for the practice of law at Edificio Marvesa, 472 Avenida Tito Castro, Ponce, Puerto Rico, 00716, and the postal address is PO Box 10779, Ponce, Puerto Rico 00732-0779; Tel. (787) 848-0666; Fax No. (787) 841-1435.
3. As of January 15, 2026, Bufete Emmanuelli, LLC, has agreed to represent Debtor in these proceedings, as more particularly set forth in paragraph four (4) of Debtor's application for appointment of attorney, subject to the approval of this Court.
4. To the best of my knowledge, the members of Bufete Emmanuelli, are disinterested persons, as defined in 11 U.S.C. §101(14) since:
    a. They are not Debtor's creditors, equity security holders or insiders;
    b. They were not and are not within 2 years before the date of the filing of Debtor's petition, a directors, officer or employees of the Debtor.
    c. They do not have an interest materially adverse to the interest of the estate or

of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

5. Neither me or my firm had prior connection with Debtor's, creditor or other party interest their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.
6. The source of the compensation promised to the stated law firm shall be from such funds as may be available to Debtor and to which Debtor may be legally entitled.
7. Debtor has retained Bufete Emmanuelli, LLC, as its counsel in these proceedings subject to the approval of this Court in accordance to Rule 2014 of the Federal Rules of Bankruptcy Procedure, on the basis of a $10,000.00 retainer, against which the law firm will bill on the basis of $285.00 per hour, plus expenses, for work performed or to be performed by Rolando Emmanuelli-Jimenez, Esq., and $40.00 for paralegals, upon application(s) and that approval of the Court. These rates are considered to be reasonable and fair, in line with services comparable to those performed on behalf of other clients. Any compensation will be processed through the pertinent application(s) to be filed with the Court.
8. There are no agreements on the part of Bufete Emmanuelli, for the sharing of any compensation or reimbursement received or to be received under 11 U.S.C. §§330(a) and 503(b)(2), or otherwise in connection with this case, nor will it share in any such compensation or reimbursement received by another person under such sections except the customary payments to members, partners and regular associates of the firm.
9. I will amend this statement immediately upon learning that (a) any of the representations made herein are incorrect, or (b) there is any change of circumstances

relating thereto.

10. I have reviewed the provisions of Local Bankruptcy Rule 2016-1.

11. I declare under penalty of perjury that the foregoing is true and correct, as provided in 28 U.S.C. §1746.

Ponce, Puerto Rico, this 21 day of January, 2026


*s/ Rolando Emmanuelli Jiménez*
Rolando Emmanuelli Jiménez esq.
USDC: 214105
rolando@emmanuelli.law

BUFETE Emmanuelli L.L.C.
P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 787-841-1435
notificaciones@bufete-emmanuelli.com